IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TANJA DAVIS DUDLEY, et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 2:09-cv-01799-TMP |
| | ) |
| **JEFFERSON COUNTY BOARD OF EDUCATION, et al.,** | ) ) |
| | ) |
|     **Respondents.** | ) |

## MEMORANDUM OPINION

This case involves a motion to dismiss filed by Defendants (Doc. # 5). After reviewing the relevant documents, the Magistrate Judge assigned this case initially recommended that the case was due to be dismissed without prejudice to the right of Plaintiffs to file an amended complaint. Subsequently, Plaintiffs filed a motion to amend their complaint and to "appeal" the previous Report and Recommendation (Doc. # 13). The Magistrate Judge construed Plaintiffs' motion as a motion to amend the complaint and as an objection to the Magistrate Judge's initial Report and Recommendation. (*See* Doc. # 16). The Magistrate Judge took Plaintiffs' amended complaint and objections into consideration and filed a Revised and Extended Report and Recommendation (Doc. # 16) recommending that some of the claims be dismissed with prejudice and some of the claims be dismissed without prejudice. Plaintiffs have not filed objections to the Magistrate Judge's Revised and Extended Report and Recommendation. (Doc. #16).

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby **ADOPTS** and

**APPROVES** the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court.  In accordance with the Recommendation, the court concludes that Plaintiffs' claims are due to be disposed of as follows:

(1) that all claims by or on behalf of J.D. are due to be dismissed without prejudice;

(2) that all claims alleged by or on behalf of Tanja Davis Dudley, individually, under Title VI of the Civil Rights Act of 1964 are due to be dismissed with prejudice for failure to state a claim;

(3) that all claims alleged by or on behalf of Tanja Davis Dudley, individually, accruing under the Rehabilitation Act, the Americans with Disabilities Act, and/or the Individuals with Disabilities Education Act more than two years prior to September 8, 2009, are due to be dismissed with prejudice as barred by the two-year statute of limitations applicable to such claims;

(4) that all claims alleged by or on behalf of Tanja Davis Dudley, individually, accruing under the Rehabilitation Act, the Americans with Disabilities Act, and/or the Individuals with Disabilities Education Act within two years prior to September 8, 2009, or thereafter, are due to be dismissed without prejudice for want of exhaustion of administrative remedies; and

(5) that all state-law claims by or on behalf of either Plaintiff are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c), so that such claims can be asserted in state court.

An appropriate order will be entered.

**DONE** and **ORDERED** this   18th   day of May, 2011.

                                                                     _____
                                                                     **R. DAVID PROCTOR**
                                                                     UNITED STATES DISTRICT JUDGE